UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY D. SUGGS,              )<br>                               )<br>            Plaintiff,          )<br>                               )<br>                               )<br>       -vs-                    )<br>                               )<br>                               )<br> JOHN E. POTTER, POSTMASTER    )<br> GENERAL, US POSTAL SERVICE,   )<br>                               )<br>            Defendants.         ) | NO.  CV-04-0220-LRS<br><br>**ORDER OF DISMISSAL** |

   This matter having come on for hearing upon stipulation of the parties (Ct. Rec. 24), through their respective counsel, and it appearing that this action and all causes therein have been fully settled and compromised, and that this action should be dismissed with prejudice and without costs,

   It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the above-entitled action and all causes therein be and the same are hereby
///
///
dismissed with prejudice and without costs or attorneys fees.

   The District Court Executive is directed to file this Order and

ORDER - 1

provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this __3rd___ day of June, 2005.

*s/ Lonny R. Suko*

———————————————————————
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2